1 | PHILLIP A. TALBERT
  | Acting United States Attorney
2 | DEBORAH LEE STACHEL
  | Regional Chief Counsel, Region IX
3 | Social Security Administration
4 | CAROLYN B. CHEN, CSBN 256628
  | Special Assistant United States Attorney
5 |       160 Spear Street, Suite 800
  |       San Francisco, California 94105
6 |       Telephone: (415) 977-8956
  |       Facsimile: (415) 744-0134
7 |       E-Mail: Carolyn.Chen@ssa.gov
8 | Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BRIDGETT JANE MARIE FELIX, ) | Case No.: 2:16-cv-00698-EFB |
| ) | |
| Plaintiff, ) | STIPULATION FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

 IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 14 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is November 14, 2016. The new due date will be November 28, 2016.

 There is good cause for this request. Defendant is seeking this extension due to an emergency and workload issues. Since the Court's order of extension dated October 12, 2016, Defendant's counsel had a medical emergency on Monday, October 24, 2016, and was on leave for about a week.

Defendant is requesting additional time up to and including November 28, 2016, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment, as Defendant's counsel addresses her workload since her return. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: November 10, 2016　　　　　　　CERNEY KREUZE & LOTT, LLP

*s/ Langley Ellen Kreuze by C.Chen\**
(As authorized by e-mail on 11/10/2016)
LANGLEY ELLEN KREUZE
Attorneys for Plaintiff

Date: November 10, 2016　　　　　　　PHILLIP A. TALBERT
Acting United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: November 16, 2016.

_____
HON. EDMUND F. BRENNAN
UNITED STATE MAGISTRATE JUDGE

2